1054

No. 98–1255. UNITED STATES v. MARTINEZ-SALAZAR. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1021.] Motion for appointment of counsel granted, and it is ordered that Michael D. Gordon, Esq., of Tempe, Ariz., be appointed to serve as counsel for respondent in this case.

No. 98–1048. MEESTER v. HENDERSON, POSTMASTER GENERAL, 526 U. S. 1144;

No. 98–1310. ZISK ET UX. v. CITY OF ROSEVILLE ET AL., 526 U. S. 1067;

No. 98–1316. ENERCON GMBH v. UNITED STATES INTERNATIONAL TRADE COMMISSION ET AL., 526 U. S. 1130;

No. 98–1461. CONSTRUCTIVIST FOUNDATION, INC. v. DEKALB COUNTY BOARD OF TAX ASSESSORS, 526 U. S. 1113;

No. 98–1578. AUSTIN INDEPENDENT SCHOOL DISTRICT ET AL. v. MEYER ET AL., 526 U. S. 1132;

No. 98–1624. KIRK ET UX. v. BERLIN PROBATE COURT ET AL., 526 U. S. 1132;

No. 98–7510. HALL v. UNITED STATES, 526 U. S. 1117;

No. 98–7571. CROSS v. UNITED STATES PAROLE COMMISSION, 526 U. S. 1071;

No. 98–8048. PYE v. GEORGIA, 526 U. S. 1118;

No. 98–8049. PERKINS v. GEORGIA, 526 U. S. 1118;

No. 98–8121. HENRY v. GEORGIA, 526 U. S. 1118;

No. 98–8328. FORD v. SAUNDERS, WARDEN, ET AL., 526 U. S. 1100;

No. 98–8399. WILLIAMS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 526 U. S. 1119;

No. 98–8450. GAUNCE v. DEVINCENTIS ET AL., 526 U. S. 1120;

No. 98–8501. DECKER v. TEXAS, 526 U. S. 1121;

No. 98–8507. HUTCHINSON v. FULCOMER ET AL., 526 U. S. 1102;

No. 98–8572. BELL v. MISSISSIPPI, 526 U. S. 1122;

No. 98–8577. BROOKS v. MARTIN MARIETTA UTILITY SERVICES, INC., ET AL., 526 U. S. 1122;

No. 98–8830. WASHINGTON v. WILLIAMS, MAYOR OF DISTRICT OF COLUMBIA, 526 U. S. 1162;

No. 98–8883. KREHNBRINK v. MARYLAND STATE DEPARTMENT OF EDUCATION ET AL., *ante*, p. 1007;

No. 98–8884. NOVEL *v.* SALZBERG, *ante,* p. 1007;

No. 98–8905. IN RE COOPER, 526 U. S. 1129;

No. 98–8957. SEREQUEBERHAN *v.* TESFAYE, *ante,* p. 1009;

No. 98–8962. BOYD *v.* BARKLEY, CHAPTER 13 TRUSTEE, 526 U. S. 1163;

No. 98–8974. GRAY *v.* DEPARTMENT OF THE ARMY, 526 U. S. 1138;

No. 98–8996. ALLEN *v.* HENDERSON, POSTMASTER GENERAL, 526 U. S. 1138;

No. 98–9128. FOWLER *v.* CITY OF RALEIGH PARKS AND RECREATION DEPARTMENT ET AL., 526 U. S. 1163;

No. 98–9139. THOMPSON *v.* UNITED STATES POSTAL SERVICE, 526 U. S. 1153; and

No. 98–9367. WELLS *v.* CITY OF NEW YORK ET AL., *ante,* p. 1012. Petitions for rehearing denied.

No. 98–1783. FREEMAN ET VIR *v.* SIMON ET AL., *ante,* p. 1049. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

AUGUST 5, 1999

No. 98–9745 (A–111). BOYD *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

AUGUST 10, 1999

No. 99–5531 (A–116). EARHART *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

AUGUST 11, 1999

No. A–143 (O. T. 1999). IN RE EARHART. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.